NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES AVILES,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2014-3016

---

Petition for review of the Merit Systems Protection Board in No. SF0353090968-B-1.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of James Aviles' motion to withdraw his petition,

IT IS ORDERED THAT:

(1) The motion is granted. The petition is dismissed.

(2) Each side shall bear its own costs.

2                                   AVILES v. USPS

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s26

ISSUED AS A MANDATE: November 19, 2013